# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NAPIER, <br><br> Plaintiffs, <br><br> v. <br><br> THE ORIGINAL PANCAKE HOUSE, business form unknown; JAS, LLC, a limited liability company of unknown origin, and DOES 1-10, inclusive, <br><br> Defendants. | CASE No: 8:17-CV-01482-CJC-JCG <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is Dismissed with prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 16, 2018

_____
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE**
1